**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 95-cr-00354-ZLW, 96-cr-00049-ZLW, 96-cr-00095-ZLW

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

EDWARD ARTHUR WEST,

       Defendant.

---

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO ORIGINAL EXPIRATION DATE**

---

       On January 2, 2008, the Probation Office was advised by the Medical Examiner's Office for the City and County of Denver that defendant had been declared deceased on December 30, 2007. Accordingly, it is

       ORDERED that supervised release and the proceedings in this case be terminated.

       DATED at Denver, Colorado, this    8    day of January, 2008.

                                   BY THE COURT:

                                   */s/ Zita L. Weinshienk*

                                   _____
                                   Zita L. Weinshienk
                                   Senior United States District Judge